USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __06/10/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   TERESA WONG, *individually and on behalf of others similarly situated*,

                     **Plaintiff**,

      -against-

   THE JOHN ALLAN COMPANY, *a Delaware corporation*, and JOHN ALLAN, *an individual*,

                     **Defendants.**

------------------------------------------------------------X

20-cv-09800 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Settlement Agreement filed by the Parties on May 28, 2021. ECF No. 23. The Court has reviewed the Settlement Agreement, as well as the accompanying fairness motion, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court finds it to be fair and reasonable and approves the Settlement. Accordingly, this matter is hereby discontinued with prejudice.

**SO ORDERED.**

**Dated: June 10, 2021**
       New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**