UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERESA WONG, *individually and on behalf of others similarly situated*,

                **Plaintiff,**

-against-

THE JOHN ALLAN COMPANY and JOHN ALLAN,

                **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/20/2022

**20-cv-9800 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court will hold a telephonic conference on **Tuesday, July 26, 2022 at 12:00PM Eastern Time** in connection with Plaintiff's April 25, 2022 Letter Motion and defense counsel's pending motion to withdraw. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:      July 20, 2022
                New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**