USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**TERESA WONG,** *individually and on behalf of others similarly situated*,

           **Plaintiff,**

-against-

**THE JOHN ALLAN COMPANY** and **JOHN ALLAN,**

           **Defendants.**

**20-cv-9800 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The pending motions at ECF Nos 27 and 28 have been resolved. The motion to withdraw is DENIED. The motion for extension is DENIED as moot. The Clerk of the Court is respectfully directed to terminate ECF Nos. 27, 28.

**SO ORDERED.**

**Dated:**     **October 4, 2022**
               **New York, New York**

                                                */s/ Andrew L. Carter*
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**