**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10/6/2022_____

**TERESA WONG,** *individually and on behalf of*
*others similarly situated*,

**Plaintiff,**

-against-

**THE JOHN ALLAN COMPANY** and **JOHN**
**ALLAN,**

**Defendants.**

**20-cv-9800 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The parties are directed to file a joint status report apprising the Court of settlement

negotiations on or before **October 20, 2022.**

**SO ORDERED.**

**Dated:**      **October 6, 2022**
                **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**