UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TERESA WONG,** *individually and on behalf of others similarly situated***,**<br><br>                              **Plaintiff,**<br><br>                -against-<br><br>**THE JOHN ALLAN COMPANY and JOHN ALLAN,**<br><br>                              **Defendants.** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __11/4/2022__<br><br>20-cv-09800 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    November 4, 2022
          New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**