UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA WONG, *individually and on behalf of others similarly situated*, <br><br>                               **Plaintiff,** <br><br> -against- <br><br> THE JOHN ALLAN COMPANY and JOHN ALLAN, <br><br>                               **Defendants.** | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 11/7/2022 <br><br> 20-cv-09800 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report concerning their settlement negotiations. ECF No. 34. The parties are hereby **ORDERED** to file their settlement agreement by **November 10, 2022**.

SO ORDERED.

Dated:   November 7, 2022
             New York, New York

                                                                   *[signature]*
                                                       _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**