**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TERESA WONG,** *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> -against- <br><br> **THE JOHN ALLAN COMPANY and JOHN ALLAN,** <br><br> Defendants. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 11/7/2022 <br><br> 20-cv-09800 (ALC) <br><br> <u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

On November 4, 2022, the Court issued an order of discontinuance in this matter. ECF No. 35. The Court hereby rescinds that order. The Clerk of the Court is directed to reopen the above-captioned action.

**SO ORDERED.**

Dated:   November 7, 2022
         New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**