| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: _6/15/23_____ |

WONG, *individually and on behalf of others similarly situated*,

                               **Plaintiff,**

      -against-

THE JOHN ALLAN COMPANY AND JOHN ALLAN

                              **Defendant.**

20-cv-09800 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Plaintiff's submission discussing the requested attorney's fees and costs. ECF No. 40. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Additionally, Plaintiff's request for attorney's fees and costs in the amount of $6,666.00 is **GRANTED.**

      The Clerk of the Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated**:   June 15, 2023
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**